IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MELANIE JONES, | § | |
|     Plaintiff, | § | |
| v. | § | CASE NO. 4:09cv93 |
| | § | (Judge Schneider) |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY F/K/A | § | |
| HARTFORD LIFE GROUP INSURANCE | § | |
| COMPANY, ET AL., | § | |
|     Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 6, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Hartford Life and Accident Insurance Company's Motion to Partially Dismiss Plaintiff's Original Complaint (Dkt. 15) should be GRANTED in part and DENIED in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Defendant Hartford Life and Accident Insurance Company's Motion to Partially Dismiss Plaintiff's Original Complaint (Dkt. 15) is GRANTED in part and DENIED in part.

**IT IS SO ORDERED.**

**SIGNED this 24th day of March, 2009.**

                                                                                                                        _____
                                                                                                                        MICHAEL H. SCHNEIDER
                                                                                                                        UNITED STATES DISTRICT JUDGE